UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Larry L. Lemay

        v.                                    Case No. 08-cv-286-SM

State of New Hampshire, et al.

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated January 29, 2009, no objection having been filed, for the reasons set forth therein.   Plaintiff's complaint is hereby dismissed.

    SO ORDERED.

February  18,  2009

                                              _____
                                              Steven J. McAuliffe
                                              Chief Judge

cc:    Larry L. Lemay, pro se